# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| GREG HOUSTON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:20-cv-00615 |
| | ) | |
| v. | ) | Judge Crenshaw/Frensley |
| | ) | |
| BERRY'S CONTAINER SERVICE L.L.C., et al., | ) | Jury Demand |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION FOR ORDER APPROVING SETTLEMENT

The parties jointly move the Court for an order approving the parties' settlement of Plaintiff's FLSA claims in this case. In support of this motion, the parties state that the settlement is a fair and reasonable compromise of all issues in dispute and was achieved in an adversarial context by attorneys who were well equipped to protect each party's rights. In further support of this motion, the parties file a memorandum of law contemporaneously herewith.

Respectfully submitted:

*s/ Randall W. Burton*
Randall W. Burton (TN No. 15393)
1222 16th Ave., South, Suite 23
Nashville, Tennessee 37212
(615) 620-5838
randallwburton@gmail.com
*Attorney for Plaintiff*

/s/W. Justin Adams
W. Justin Adams (TN No. 22433)
Bone McAllester Norton PLLC
511 Union Street, Suite 1600
Nashville, Tennessee 37219
(615) 238-6346
wjadams@bonelaw.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on August 9, 2021, a true and exact copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by electronic mail.

    Randall W. Burton, Esq.
    1222 16th Ave., South, Suite 23
    Nashville, Tennessee 37212
    randallwburton@gmail.com

                                                /s/W. Justin Adams