# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **GREG HOUSTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **BERRY'S CONTAINER SERVICE L.L.C., et al.,** | ) No. 3:20-cv-00615 |
| | ) |
| **Defendants.** | ) |

## ORDER

Before the Court is the parties' Joint Motion for Order Approving Settlement in this action brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201–19. (Doc. No. 27). Plaintiff alleges that he is owed unpaid overtime wages, and Defendants have agreed to settle his claims without admitting liability. (Doc. No. 28-1 at 2). The parties' proposed settlement agreement provides that Defendants will pay Plaintiff $9,658.23, of which $4,629.12 is paid to Plaintiff, $4,629.11 is paid to Plaintiff's counsel for attorney's fees, and an additional $400.00 is paid to Plaintiff's counsel as reimbursement for filing the lawsuit. (Id.; see also Doc. No. 28 at 2).

Having reviewed the parties' Settlement Agreement (Doc. No. 28-1) and the filings in this case, the Court finds that the final settlement between the parties is "a fair and reasonable resolution of a bona fide dispute over FLSA provisions." See O'Bryant v. ABC Phones of North Carolina, Inc., No. 2:19-cv-02378, 2020 WL 4493157, at *7 (W.D. Tenn. Aug. 4, 2020) (citing Does 1–2 v. Déjà Vu Servs. Inc., 925 F.3d 886 (6th Cir. 2019)). Each party is represented by counsel, who each, in turn, have given their opinion that the proposed settlement is fair and

reasonable under the circumstances, as evidenced by their signatures on the Joint Motion. The parties also submit that the settlement was achieved "in an adversarial context by attorneys who were well equipped to protect each party's rights." (Doc. No. 27; see also Doc. No. 28 at 2).

Accordingly, the parties' Joint Motion for Order Approving Settlement (Doc. No. 27) is **GRANTED**. The parties **SHALL** file a joint stipulation of dismissal with prejudice within thirty (30) days of Plaintiff receiving the payments set forth in the Settlement Agreement.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE