UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GREG HOUSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:20-cv-00615 |
| | ) |
| BERRY'S CONTAINER SERVICE, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The parties have filed a Notice of Settlement and Stipulation of Dismissal with Prejudice (Doc. No. 30). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE